Moses Wasserman, Respondent, *v.* Seligman Trier et al., Appellants.

(Argued June 14, 1889; decided June 25, 1889.)

Appeal from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 13, 1887, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and affirmed an order denying a motion for a new trial.

*A. Blumenstiel* for appellants.

*Esek Cowen* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

William S. Macfarland, Respondent, *v.* Thomas H. Walter, Appellant.

(Argued June 18, 1889; decided June 25, 1889.)

Motion to dismiss appeal from order of the General Term of the Superior Court of the city of New York, made May 29, 1889, which affirmed an order of Special Term granting a motion on the part of plaintiff for judgment on the ground of the frivolousness of a demurrer to plaintiff's complaint.

*Frederick E. Anderson* for motion.

*H. F. Birdsall* opposed.

Agree to grant motion; no opinion.
All concur.
Appeal dismissed.